B1 (Official Form 1) (12/11)

| United States Bankruptcy Court | **Voluntary Petition** |
|---|---|
| **NORTHERN** DISTRICT OF *ILLINOIS* | |

| Name of Debtor (If individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| *Lewis-Jennings, Kimberly D.* | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): *NONE* | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *7484* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. & Street, City, and State): *5301 Drake Lane* *Matteson, IL* ZIPCODE *60443* | Street Address of Joint Debtor (No. & Street, City, and State): ZIPCODE |
|---|---|

| County of Residence or of the Principal Place of Business: *Cook* | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): *SAME* ZIPCODE | Mailing Address of Joint Debtor (if different from street address): ZIPCODE |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above: *NOT APPLICABLE* | ZIPCODE |
|---|---|

**Type of Debtor** (Form of organization)
(Check **one** box.)
- ☒ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business**
(Check **one** box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed**
(Check one box)
- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- ☐ Debts are primarily business debts.

**Chapter 15 Debtors**
Country of debtor's center of main interests:
_____
Each country in which a foreign proceeding by, regarding, or against debtor is pending:
_____

**Tax-Exempt Entity**
(Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors:**
**Check one box:**
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000 .

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offici al Form 3B.

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors. ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☒ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☒ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☒ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (12/11)                                                                            FORM B1, Page   2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Kimberly D. Lewis-Jennings** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years**       (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:<br>**Northern District of Illinois** | Case Number:<br>**11-49417** | Date Filed:<br>**12/11** |
| Location Where Filed:<br>**Northern District of Illinois** | Case Number:<br>**09-31938** | Date Filed:<br>**08/09** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**     (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | X  **/s/ MICHAEL R. RICHMOND**           **6/11/2012**<br>    Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)                                                                    FORM B1, Page  3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Kimberly D. Lewis-Jennings* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Kimberly D. Lewis-Jennings*
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

*6/11/2012*
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X */s/ MICHAEL R. RICHMOND*
Signature of Attorney for Debtor(s)

*MICHAEL R. RICHMOND 3124632*
Printed Name of Attorney for Debtor(s)

*HELLER & RICHMOND, LTD.*
Firm Name

*33 NORTH DEARBORN STREET*
Address

*SUITE 1907*

*CHICAGO, IL  60602*

*(312) 781-6700*
Telephone Number

*6/11/2012*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Kimberly D. Lewis-Jennings*                                    Case No.
                                                                          (if known)

_____
                    Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days    **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days    **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**    If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐    4.  I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency
so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after
reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐    Active military duty in a military combat zone.

☐    5.  The United States trustee or bankruptcy administrator has determined that the credit counseling requirement
of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    */s/ Kimberly D. Lewis-Jennings*

Date:    *6/11/2012*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re  *Kimberly D. Lewis-Jennings*

Case No.
Chapter *7*

_____ / Debtor

Attorney for Debtor:  *MICHAEL R. RICHMOND*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ *750.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $ _____ *750.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . $ _____ *0.00*

3. $ _____ *306.00* _____ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

Dated: *6/11/2012*                    Respectfully submitted,

                              X */s/ MICHAEL R. RICHMOND* _____
Attorney for Petitioner: *MICHAEL R. RICHMOND*
                         *HELLER & RICHMOND, LTD.*
                         *33 NORTH DEARBORN STREET*
                         *SUITE 1907*
                         *CHICAGO IL  60602*
                         *(312) 781-6700*

# ATTORNEY-CLIENT AGREEMENT

This Agreement is made this 27th day of April, 2012 by and between Heller & Richmond, Ltd. (hereinafter referred to as "Attorney) of 33 N. Dearborn St., Suite 1600, Chicago, IL 60602 Kimberly D. Lewis-Jennings  (hereinafter referred to as "Client") of Matteson, IL

WHEREAS, "Client" desires to engage the legal services of "Attorney" to advise and represent "Client" concerning "Client's" desire to seek Bankruptcy relief pursuant to title 11 of the United States Code; and

WHEREAS, "Attorney" desires to provide such legal services to "Client":

IT IS HEREBY AGREED by and between the Parties hereto, in consideration of the mutual covenants contained herein:

<u>TERMS OF AGREEMENT</u>

1. Professional Legal Services to be Provided.
   A. Attorney shall provide the following professional legal services for "Client" in the above referenced bankruptcy matter:
      1. Analysis of the "Client's" financial situation and rendering advice to the "Client" in determining whether to file a petition in bankruptcy;
      2. Preparation and filing of any petition, schedules, statement of affairs, or plan which may be required.
      3. Representation of "Client" at the meeting of the creditors and confirmation hearing;
      4. Other:
   B. Professional legal services to be provided by "Attorney" to "Client shall not include:
      1. Rendering advice or representing any other person or entity related to or a dependent of  "Client";
      2. Filing a notice of appeal, or prosecuting or defending an appeal of any judicial ruling, except by separate agreement of the parties, hereto; or,
      3. Representing "Client" in any other judicial or administrative or alternative dispute resolution proceeding, except by separate agreement of the parties, hereto;
      4. The filing of any adversary complaint to determine the dischargability of an otherwise non-dischargeable debt.

   2. Compensation for Legal Service Provided.  "Client" agrees to pay to "Attorney" and "Attorney" agrees to accept from "Client" $750.00 for the performance of these services (hereinafter referred to as "fee") in addition to the costs of approximately three hundred eighty one dollars** ($381.00)

It is hereby acknowledged that this "fee" has been based upon "Client's" representation that he/she has the following type and number of debts:
      a. -2 secured creditors;  (Client wishes to retain house and surrender car)
      b. -*- unsecured creditors; (*UP TO 30 UNSECURED CREDITORS)
      c. -0- priority debts; (GOVT. DEBT INCLUDING STUDENT LOAN IS GENERALLY  NOT DISCHARGABLE)
This stated "fee" has been further based upon "Client's representation that he/she has:
      a. -0- law suits pending against him/her;
      b. -0- wage assignments pending against him/her.

"Client" agrees to pay an additional fee of one hundred dollars ($100.00) for each of the following additional items that have not been disclosed above:
      a. each secured creditor;
      b. each group of up to ten unsecured creditors over the first ten unsecured creditors;
      c. each law suit or wage assignment pending against "Client" at the time the bankruptcy is filed;
      d. "Attorney" notification to the Secretary of State of the bankruptcy in the event "Client"s driving privileges had been previously suspended in accordance with the financial responsibility laws of the State of Illinois

"Client" also acknowledges that the "fee" has been determined based upon the minimal amount of expected work to be performed on this bankruptcy matter, and that if additional legal services, such as representing "Client" in contested matters or adversary proceedings, must be performed, *if "Client" fails to attend a meeting of the creditors or any court hearing or if the petition, once prepared, has to be revised due to "Client's" failure to provide complete or accurate information, including but not limited to the list of creditors as referred to in Section 5(f) below or if "Attorney" is forced to take any steps to collect any past due Attorneys fees from "Client",*  "Client" shall be responsible for additional fees at a rate of two hundred fifty dollars ($250.00) per hour.

"Client" agrees to pay all fees and court costs as follows:
      1.    $250.00 upon the execution of this agreement;
      2.    Balance due prior to filing, but within 90 days

"Client" acknowledges that "Attorney" is not responsible for filing a petition or initiating any bankruptcy proceeding until "Client" has paid "Attorney" at least $1,131.00 *and that any monies paid upon the execution of this agreement are non-refundable* and are intended to compensate "Attorney" for his time spent in compiling the information necessary to prepare, or other steps towards the preparation of, a petition in bankruptcy.

   3. Client Cooperation. "Client" agrees to fully cooperate with "Attorney" in performing professional legal services, including, but not limited to, fully disclosing all of "Client's" potential assets and liabilities, timely appearing at meetings and hearings, promptly returning phone calls from "Attorney" to "Client", promptly communicating any changes in circumstances to "Attorney", including change of employment and change of address, and paying all legal fees and expenses as they become due.  "Client" hereby warrants and covenants that he/she has fully disclosed to "Attorney" all known or suspected real property, tangible and intangible personal property, debts, leases contracts, claims in favor of or against "Client" and taxes owed.

4. Termination of Agreement.

A. "Client" may terminate this Agreement with "Attorney" at any time upon written notice to "Attorney".  In the event of such termination, "Client" shall pay all legal fees incurred and shall notify "Attorney" in writing, if "Client" desires his/her file turned-over to any person or entity.

B. "Attorney" may terminate this Agreement upon written notice to "Client" for "cause".  "Cause shall include, but shall not be limited to the following:

1. "Attorney" learning of "Client's" intention to commit an act that may constitute a bankruptcy crime or fraud or other unlawful conduct, and "Client's" refusal to refrain from such conduct;

2. "Client's" failure to promptly pay legal fees or expenses incurred; or

3. Any other permissive or mandatory cause to withdraw form the Attorney-Client relationship as provided for in the Code of Professional Responsibility.

5. "Client" acknowledgment.

A. "Attorney" has advised "Client" that his/her spouse, if any is jointly liable for many of "Client's" debts that have been incurred, since the time of "Client's" marriage and that "Client's" spouse can be held responsible for these debts, unless the spouse files a joint or separate petition for bankruptcy.  "Attorney" has advised "Client" that there would be no additional legal "fee" or court costs to add the "Client's" spouse on a joint petition for bankruptcy, provided that the spouse does not have any creditors other than those upon which "Client's" fee was based.

B. "Attorney" has advised "Client" that some debts may not be dischargeable and in particular, secured debts or those in which "Client" has pledged some property as collateral against a loan or other financing, are not dischargeable, unless "Client" is willing to return the property, which has been pledged as collateral, to the creditor.  "Client" has been further advised that in many instances he/she may retain the property, which has been pledged as collateral, if he/she agree to reaffirm the debt and continue to pay the creditor, as they were bound to do, before the filing of bankruptcy.

C. "Attorney" has reviewed with "Client" his/her options to file under Chapter 7, Chapter 11 and Chapter 13 of Title 11 of the United States Code and *"Client" has elected to proceed under Chapter 7  "Client" is aware that if he/she proceeds with a Chapter 7 then he/she will be required to forfeit any and all property owned in full or in part by "Client" other than those exemptions permitted by statute and in most instances the amount of property entitled to those exemptions is minimal.  The property that could be forfeited includes, but is not limited to real estate, cash, bank accounts, household goods and furnishings, appliances, artwork, collections, sports equipment, tools, jewelry, income tax refunds, vehicles or anything else of value or potential value.*

D. "Client" acknowledges that he/she has read both front and back of this agreement and "Attorney" has answered any questions that "Client" may have had about its content.

E. "Client" acknowledges receipt of a copy of this agreement at the time of its execution.

F. It is the obligation of "Client" to supply "Attorney" with a neat, legible and complete list of all creditors of "Client" and for each creditor include their complete name, address, account number and balance owed; also, if that account was referred to a collection agency or lawyer then also include the name, address and account number of the collection agency or lawyer.

G. "Client" understands that "Attorney's" obligation to represent "Client" will end no later than upon the entry of the Order of Discharge in Bankruptcy and "Client" will be responsible for payment of additional fees at the rate of two hundred dollars ($200.00) per hour for any service that might be requested after the entry of the Order of Discharge including but not limited to telephone advise, file retrieval, providing copies of any file related documents and issues concerning credit bureau reports, obtaining credit or other forms of credit repair.

**H.  *"Client" hereby warrants and covenants that he/she has truthfully and fully disclosed to "Attorney" all known or suspected information requested by any aspect of the entire Bankruptcy Petition and that it is the responsibility of "Client" to be certain that this information is all accurately displayed in the actual Bankruptcy Petition at the time "Client" affixes his/her signature(s) thereto.***

** costs include the court filing fee of $306.00, the online prebankruptcy counseling of $25.00* and online debt management class of $15.00*, the 3-bureau credit report of $35.00 per person and 3 years of tax transcripts at $15.00 per tax year *surcharge of $9.95 per class/session if Client performs the service by telephone as opposed to online.

Heller & Richmond, Ltd.

By: _____

**HELLER & RICHMOND, LTD.**
**33 N. Dearborn Street**
**Suite 1600**
**Chicago, IL 60602**
**(312) 781-6700**

I AGREE TO ALL THE TERMS CONTAINED IN THIS DOCUMENT

_____
Kimberly D. Lewis-Jennings

By affixing my signature above, I hereby certify that
I have not filed any petition for bankruptcy within the
past 8 years, except as otherwise noted as follows:
_____NONE_____

☑ **YES, I HEREBY INSTRUCT ATTORNEY TO PROVIDE CLIENT WITH A 3-BUREAU CREDIT REPORT and I AGREE TO PAY THE COST OF THIRTY FIVE DOLLARS ($35.00) per person FOR THE REPORT IN ADDITION TO ALL OTHER FEES.  This additional fee must be paid before the Bankruptcy Petition will be filed.**

Form B 201 (11/03)

# UNITED STATES BANKRUPTCY COURT
# NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankuptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can expain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankuptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under the plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

| | | |
|---|---|---|
| _6/11/2012_ | _/s/Kimberly D. Lewis-Jennings_ | |
| Date | Signature of Debtor | Case Number |

DEBTOR COPY        COURT COPY
(circle one)

FORM B6A (Official Form 6A) (12/07)

In re _Kimberly D. Lewis-Jennings_ _____ ,   Case No. _____

Debtor(s)                                                                                    (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _improved real estate_ _5301 Drake Lane Matteson, IL 60443_ | | | $110,000.00 | $110,000.00 |

|  |  |  | **TOTAL $** | 110,000.00 |
|---|---|---|---|---|

No continuation sheets attached

**(Report also on Summary of Schedules.)**

B6B (Official Form 6B) (12/07)

In re **Kimberly D. Lewis-Jennings** _____ ,     Case No. _____
                    Debtor(s)                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *PNC Bank checking and savings*<br>*Location: In debtor's possession* | | *$88.00* |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *Misc household goods and furnishings*<br>*Location: In debtor's possession* | | *$3,000.00* |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | *Necessary clothing*<br>*Location: In debtor's possession* | | *$500.00* |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | *Cook County Pension*<br>*Location: In debtor's possession* | | *Unknown* |

Page ___1___ of ___3___

B6B (Official Form 6B) (12/07)

In re **Kimberly D. Lewis-Jennings** ,                    Case No. _____
                    Debtor(s)                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *2000 Olds Alero with 130000 miles Location: In debtor's possession* | | $4,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

In re **Kimberly D. Lewis-Jennings** ,    Case No. _____

Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total ➡ | $7,588.00 |

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (04/10)

In re **Kimberly D. Lewis-Jennings** _____ ,     Case No. _____
                    Debtor(s)                                                                          (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| improved real estate | 735 ILCS 5/12-901 | $ 0.00 | $ 110,000.00 |
| PNC Bank | 735 ILCS 5/12-1001(b) | $ 88.00 | $ 88.00 |
| Misc household goods and furnishings | 735 ILCS 5/12-1001(b) | $ 3,000.00 | $ 3,000.00 |
| Necessary clothing | 735 ILCS 5/12-1001(a) | $ 500.00 | $ 500.00 |
| Cook County Pension | 735 ILCS 5/12-1006 | $ 0.00 | Unknown |

Page No. __1__ of __1__

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re Kimberly D. Lewis-Jennings                    ,    Case No. _____
                    **Debtor(s)**                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *9101*  *Creditor # : 1*  *Regional Acceptance Co*  *765 Ela R D Suite 205*  *Lake Zurich IL 60004* | | *2008-07-31*   *2000 Olds Alero*   Value: *$ 4,000.00* | | | | *$ 13,492.00* | *$ 9,492.00* |
| Account No: *8097*  *Creditor # : 2*  *Wells Fargo Hm Mortgag*  *8480 Stagecoach Cir*  *Frederick MD 21701* | | *2003-10-01*   *improved real estate*   Value: *$ 110,000.00* | | | | *$ 110,427.00* | *$ 427.00* |
| No continuation sheets attached | | | | | **Subtotal $** *(Total of this page)* | *$ 123,919.00* | *$ 9,919.00* |
| | | | | | **Total $** *(Use only on last page)* | *$ 123,919.00* | *$ 9,919.00* |
| | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/10)

In re _Kimberly D. Lewis-Jennings_____,   Case No._____
             **Debtor(s)**
                                                                      (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re _Kimberly D. Lewis-Jennings_____,     Case No._____
       **Debtor(s)**                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    *4907* <br><br> *Creditor # : 1* <br> *Acct Recovery* <br> *555 Van Reed Rd.* <br> *Reading PA 19610* | | | | | | | $ 127.00 |
| Account No:    *6461* <br><br> *Creditor # : 2* <br> *ADVOCATE MEDICAL GROUP, S.C.* <br> *20110 Governors Highway* <br> *Olympia Fields IL 60461* | | | | | | | $ 7.50 |
| Account No: <br><br> *Creditor # : 3* <br> *ALLSTATE INSURANCE COMPANY* <br> *2775 SANDERS ROAD* <br> *NORTHBROOK IL 60062-6127* | | | *cancelled policy # 922 028 113* | | | | $ 176.39 |

_29_ continuation sheets attached

**Subtotal $**     $ 310.89

**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Kimberly D. Lewis-Jennings**                                    ,           Case No._____

  **Debtor(s)**                                                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   6702 **Creditor # : 4 Associated St. James Hospital PO Box 3463 Springfield IL 62708-3463** | | | | | | | $ 6.00 |
| Account No:   6812 **Creditor # : 5 AT&T P.O. BOX 6018 The Lakes NV 88901** | | | | | | | $ 116.00 |
| Account No:   3689 **Creditor # : 6 Bank of America, Headquarters 100 N. Tryon St Bank of America Corporate Cent Charlotte NC 28255** | | | | | | | $ 547.70 |
| Account No: **Creditor # : 7 BAY AREA CREDIT SERVICE 1901 W. 10th St. Antioch CA 94509** | | | | | | | *Unknown* |
| Account No:   3354 **Creditor # : 8 BLACK EXPRESSIONS 6550 E. 30th St. Indianapolis IN 46206** | | | | | | | $ 93.44 |

Sheet No.  _1_  of  _29_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**        $ 763.14

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Kimberly D. Lewis-Jennings_____ ,    Case No._____
　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.　3354 *Representing:* BLACK EXPRESSIONS | | | LVNV FUNDING BANKRUPCY DEPT PO BOX 10587 Greenville SC 29603 | | | | |
| Account No.　3354 *Representing:* BLACK EXPRESSIONS | | | RJM ACQUISTIONS FUNDING LLC PO Box 18006 Hauppauge NY 11788 | | | | |
| Account No.　2084 Creditor # : 9 CAPITAL ONE BANK P.O. BOX 80017 SALINAS CA 93912-0017 | | | | | | | *Unknown* |
| Account No.　2084 *Representing:* CAPITAL ONE BANK | | | TSYS DEBT MANAGEMENT PO BOX 5155 Norcross GA 30091 | | | | |
| Account No.　8308 Creditor # : 10 CHARTER ONE BANK 9401 S. Cicero Ave. Oak Lawn IL 60453 | | | | | | | $ 2,088.08 |

Sheet No.　2　of　29　continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $　　$ 2,088.08
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Kimberly D. Lewis-Jennings** ,      Case No. _____
       **Debtor(s)**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (*See instructions above.*) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   *8308* <br><br>*Representing:*<br><br>*CHARTER ONE BANK* | | | *RJM ACQUISTIONS FUNDING LLC*<br>*575 Underhill Blvd.*<br>*Suite 224*<br>*Syosset NY 11791* | | | | |
| Account No.   *3680*<br>*Creditor # : 11*<br>*CHASE BANK USA*<br>*PO Box 15298*<br>*Wilmington DE 19850* | | | | | | | *Unknown* |
| Account No.   *0528*<br>*Creditor # : 12*<br>*CHE1a/Sallie Mae*<br>*Attn: Claims Dept.*<br>*PO Box 9500*<br>*Wilkes Barre PA 18773* | | | | | | | *Unknown* |
| Account No.<br><br>*Creditor # : 13*<br>*CHICAGO SUN-TIMES*<br>*350 N. Orleans St.*<br>*Chicago IL 60654* | | | | | | | *$ 10.26* |
| Account No.<br><br>*Representing:*<br><br>*CHICAGO SUN-TIMES* | | | *BIEHL & BIEHL, INC.*<br>*411 E. IRVING PARK RD*<br>*Bensenville IL 60106* | | | | |

Sheet No.   *3*  of   *29* continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | *$ 10.26* |
|---|---|---|
|  | Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Kimberly D. Lewis-Jennings_____ ,   Case No._____
         **Debtor(s)**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State.<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 14<br>CHICAGO TRIBUNE<br>P.O. BOX 6490<br>Chicago IL 60680 | | | | | | $ 16.25 |
| Account No:<br>Representing:<br>CHICAGO TRIBUNE | | MERCHANTS CREDIT GUIDE<br>PO Box 1259<br>Oaks PA 19456 | | | | |
| Account No:   5258<br>Creditor # : 15<br>CITIBANK<br>P.O. BOX 20363<br>Kansas City MO 64195 | | | | | | Unknown |
| Account No:<br>Creditor # : 16<br>CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>121 N. LaSalle St. Rm 107A<br>Chicago IL 60602 | | | | | | $ 246.40 |
| Account No:<br>Representing:<br>CITY OF CHICAGO | | ARNOLD SCOTT HARRIS<br>222 MERCHANDISE MART PLAZA<br>SUITE 1900<br>Chicago IL 60654 | | | | |

Sheet No.   4   of   29   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 262.65

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Kimberly D. Lewis-Jennings** ,   Case No._____

**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   2209<br>Creditor # : 17<br>COMCAST<br>P O BOX 3002<br>SOUTHEASTERN PA 19398-3002 | | | | | | $ 461.80 |
| Account No:   2209<br>Representing:<br>COMCAST | | CREDIT PROTECTION ASSOC<br>13355 NOEL ROAD<br>Dallas TX 75240 | | | | |
| Account No:   8021<br>Creditor # : 18<br>COMED<br>2100 SWIFT DRIVE<br>Oak Brook IL 60523 | | service at 5301 Drake Matteson, IL 60443 | | | | $ 257.00 |
| Account No:   8021<br>Creditor # : 19<br>COMED<br>BILL PAYMENT CENTER<br>CHICAGO ILLINOIS 60668-0001 | | | | | | $ 518.01 |
| Account No:<br>Creditor # : 20<br>CONSULTANTs in Pathology<br>5935 Rivers Ave.<br>Suite 101<br>Charleston SC 29406 | | | | | | $ 13.00 |

Sheet No.   5   of   29   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 1,249.81

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Kimberly D. Lewis-Jennings** ,                                    Case No. _____
**Debtor(s)**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 21 <br> CREDIT Union One <br> PO Box 100 <br> Rantoul IL 61866 | | | | | | | $ 500.00 |
| Account No:   2411 <br> Creditor # : 22 <br> DIRECT TV <br> P.O. BOX 9001069 <br> Louisville KY 40290 | | | | | | | $ 86.00 |
| Account No:   2411 <br> Representing: <br> DIRECT TV | | | NCO FINANCIAL SYSTEMS <br> 507 PRUDENTIAL ROAD <br> Horsham PA 19044 | | | | |
| Account No:   3720 <br> Creditor # : 23 <br> EMP of Cook County <br> PO Box 18255 <br> Columbus OH 43218 | | | | | | | $ 7.90 |
| Account No:   3720 <br> Representing: <br> EMP of Cook County | | | EMP of Cook County LLC <br> 4535 Dressler Road NW <br> Canton OH 44718 | | | | |

Sheet No.   6   of   29  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** | $ 593.90

**Total $** |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Kimberly D. Lewis-Jennings_____ ,      Case No._____
**Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 24<br>Ever safe Security System<br>c/o Rosenthal, Morgan & Thomas<br>12747 Olive Rd., Suite 375<br>Saint Louis MO 63141 | | | | | | | $ 1,716.83 |
| Account No:   7640<br><br>Creditor # : 25<br>FIFTH THIRD BANK<br>P.O. BOX 630778<br>38 FOUNTAIN SQUARE<br>CINCINNATI OH 45263-0778 | | | | | | | $ 1,740.00 |
| Account No:   7640<br><br>Representing:<br><br>FIFTH THIRD BANK | | | NATIONWIDE CREDIT<br>2015 VAUGHN ROAD NW<br>Ste. 400<br>Kennesaw GA 30144 | | | | |
| Account No:   7756<br><br>Creditor # : 26<br>FIRST CAsh Advance<br>1916 E. 95th St.<br>Chicago IL 60617 | | | | | | | $ 618.00 |
| Account No:   7756<br><br>Representing:<br><br>FIRST CAsh Advance | | | Protocol Recovery Service, Inc<br>509 Mercer Ave.<br>Panama City FL 32401 | | | | |

Sheet No.   7   of   29   continuation sheets attached to Schedule of          Subtotal $          $ 4,074.83
Creditors Holding Unsecured Nonpriority Claims                                Total $
                                                                             (Use only on last page of the completed Schedule F. Report also on Summary of
                                                                             Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Kimberly D. Lewis-Jennings_____ ,          Case No._____
**Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 3725 Creditor # : 27 FIRST PREMIER BANK 601 S MINNESOTA AVE Sioux Falls SD 57104 | | | | | | | Unknown |
| Account No: Creditor # : 28 HAnger Prosthetics & Orthotics, Inc. 3540 East Baseline Rd. Suite 100 Phoenix AZ 85042 | | | | | | | $ 12.33 |
| Account No: 4411 Creditor # : 29 HOME DEPOT P.O. BOX 105981 ATLANTA GA 30353-5981 | | | | | | | $ 437.00 |
| Account No: 4411 Representing: HOME DEPOT | | | Centralized Bankruptcy PO Box 20507 Kansas City MO 64195 | | | | |
| Account No: 7361 Creditor # : 30 Hsbc Bank Po Box 5213 Carol Stream IL 60197 | | | | | | | Unknown |

Sheet No. _8_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 449.33

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Kimberly D. Lewis-Jennings_ ,   Case No._____

**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 31 <br> ILLINOIS DEPT OF REVENUE <br> BANKRUPTCY Unit <br> 100 W. Randolph, Ste. 7-400 <br> Chicago IL 60601 | | | | | | $ 450.24 |
| Account No:  3752 <br> Creditor # : 32 <br> INGALLS MEMORIAL HOSPITAL <br> 1 INGALLS DRIVE <br> Harvey IL 60426 | | 2009-11-06 | | | | $ 1,243.00 |
| Account No:  3752 <br> Representing: <br> INGALLS MEMORIAL HOSPITAL | | MRSI <br> 2250 E DEVON AVE STE 352 <br> DES PLAINES IL 60018 | | | | |
| Account No:  4296 <br> Creditor # : 33 <br> INGALLS MEMORIAL HOSPITAL <br> 1 INGALLS DRIVE <br> Harvey IL 60426 | | | | | | $ 18.86 |
| Account No:  1575 <br> Creditor # : 34 <br> Just Energy <br> PO Box 5598 <br> Chicago IL 60680 | | | | | | $ 448.00 |

Sheet No.  _9_  of  _29_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 2,160.10
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Kimberly D. Lewis-Jennings_____ ,          Case No._____
          **Debtor(s)**                                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   0152 | | | 2006-08-02 | | | | $ 628.00 |
| Creditor # : 35 Laclede Gas Company 2333 Grissom Dr. Saint Louis MO 63146 | | | | | | | |
| Account No:   0152 | | | CONSUMER COLLECTION MN 2333 GRISSOM DR SAINT LOUIS MO 63146 | | | | |
| Representing: Laclede Gas Company | | | | | | | |
| Account No: | | | | | | | $ 211.30 |
| Creditor # : 36 LEGAcy Billing Services 10833 Valley View Street Suite 150 Cypress CA 90630 | | | | | | | |
| Account No:   J077 | | | | | | | $ 140.66 |
| Creditor # : 37 LTD commodities 2800 Lakeside Dr. Deerfield IL 60015 | | | | | | | |
| Account No:   J077 | | | PFG OF MINNESOTA 7825 WASHINGTON AVE S SUITE 410 Minneapolis MN 55439-2409 | | | | |
| Representing: LTD commodities | | | | | | | |

Sheet No.   10   of   29   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                      $ 979.96

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Kimberly D. Lewis-Jennings_____ ,   Case No._____
                    **Debtor(s)**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 38 <br> MALhotra LLC <br> 4647 W. Lincoln Hwy <br> Lower Level <br> Matteson IL 60443 | | | | | | | $ 25.00 |
| Account No:   4236 <br> Creditor # : 39 <br> MCI <br> PO Box 17890 <br> Denver CO 80217 | | | | | | | $ 93.00 |
| Account No:   4236 <br> Representing: <br> MCI | | | CAPITAL MANAGEMENT SERVS <br> 726 EXCHANGE STREET STE 700 <br> Buffalo NY 14210 | | | | |
| Account No:   4236 <br> Representing: <br> MCI | | | COLLECTION COMPANY OF AMERICA <br> 700 LONGWATER DRIVE <br> P.O. BOX 806 <br> NORWELL MA 02061-0806 | | | | |
| Account No:   6184 <br> Creditor # : 40 <br> MEta Bank <br> Power Line of Credit <br> PO Box 71402 <br> Salt Lake City UT 84171 | | | | | | | Unknown |

Sheet No. _11_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 118.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Kimberly D. Lewis-Jennings_____ ,   Case No._____
          **Debtor(s)**          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No. 3132 <br><br> Creditor # : 41 <br> MIDamerica Cardiovascular Consult <br> 5009 W. 95th St. <br> Oak Lawn IL 60453 | | | | | | | $ 14.00 |
| Account No. 8713 <br><br> Creditor # : 42 <br> Midwest DIAGNOSTIC PATHOLOGY <br> 75 REMITTANCE DR. STE 3070 <br> CHICAGO IL 60675-3070 | | | | | | | $ 22.50 |
| Account No. 3499 <br><br> Creditor # : 43 <br> Midwest Neoped Assoc <br> PO Box 70173 <br> Carol Stream IL 60132 | | | 2006-07-12 | | | | $ 104.00 |
| Account No. 3499 <br><br> Representing: <br><br> Midwest Neoped Assoc | | | ILLINOIS COLLECTION SE <br> 8231 185TH ST STE 100 <br> TINLEY PARK IL 60487 | | | | |
| Account No. 7731 <br><br> Creditor # : 44 <br> MIDWEST PHYSICIans Group <br> PO Box 95401 <br> Chicago IL 60694 | | | | | | | $ 27.30 |

Sheet No. _12_ of _29_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $       $ 167.80

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Kimberly D. Lewis-Jennings_____ ,   Case No._____
              **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   7731  Representing:  MIDWEST PHYSICIans Group | | | ILLINOIS COLLECTION SERVICE P.O. BOX 1010 Tinley Park IL 60477 | | | | |
| Account No:   6756  Creditor # : 45 Missouri Water c/o Penn Credit Corp P.O. BOX 988 Harrisburg PA 17108 | | | | | | | $ 73.00 |
| Account No:   6518  Creditor # : 46 NICOR GAS P.O. BOX 549 Aurora IL 60507 | | | | | | | $ 772.15 |
| Account No:   0895  Creditor # : 47 NICOR GAS P.O. BOX 190 Aurora IL 60507 | | | | | | | $ 712.00 |
| Account No:  Creditor # : 48 Nicor Gas 1844 Ferry Road Naperville IL 60563 | | | service at 5201 Drake Lane Matteson, IL | | | | Unknown |

Sheet No.   13  of   29  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 1,557.15

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Kimberly D. Lewis-Jennings_____ ,        Case No._____
        **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   9536 <br><br> Creditor # : 49 <br> OAKLAWN RADIOLOGY <br> 37241 Eagle Way <br> Chicago IL 60678 | | | | | | | $ 5.20 |
| Account No.   9536 <br><br> Representing: <br><br> OAKLAWN RADIOLOGY | | | TRUSTMARK RECOVERY <br> 541 OTIS BOWEN DR <br> Munster IN 46321 | | | | |
| Account No.   4869 <br> Creditor # : 50 <br> ONe-Click Cash <br> 52946 Highway 12 <br> Suite 3 <br> Niobrara NE 68760 | | | | | | | $ 670.00 |
| Account No. <br> Creditor # : 51 <br> Oxmore House <br> PO Box 11090 <br> Des Moines IA 50336 | | | | | | | $ 30.21 |
| Account No. <br><br> Representing: <br><br> Oxmore House | | | NORTH SHORE AGENCY <br> 1400 N FRUITRIDGE AVE <br> PO Box 1157 <br> Terre Haute IN 47811 | | | | |

Sheet No.   14   of   29   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 705.41

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Kimberly D. Lewis-Jennings_____,   Case No._____
          **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   6100 | | | | | | | $ 530.00 |
| Creditor # : 52 PERFect Smiles Lena T. Halikias DDS 6056 W. 159th Oak Forest IL 60452 | | | | | | | |
| Account No:   5690 | | | 2011-08-25 | | | | $ 2,347.00 |
| Creditor # : 53 Prairie State College 202 S. Halsted Chicago Heights IL 60411 | | | | | | | |
| Account No:   5690 | | | MIDSTATE COLLECTION SO PO BOX 3292 CHAMPAIGN IL 61826 | | | | |
| Representing:  Prairie State College | | | | | | | |
| Account No:   4104 | | | | | | | Unknown |
| Creditor # : 54 PREferred Credit Inc PO Box 1679 Saint Cloud MN 56302 | | | | | | | |
| Account No:   8391 | | | | | | | $ 16.00 |
| Creditor # : 55 RADIOLOGY IMAGING COnsultants PO Box 1886 Harvey IL 60426 | | | | | | | |

Sheet No.   15   of   29   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 2,893.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Kimberly D. Lewis-Jennings_____ ,    Case No._____
        **Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.    0528<br><br>Creditor # : 56<br>SALLIE MAE<br>P.O. BOX 9500<br>WILKES BARRE PA 18773-4600 | | | | | | $ 5,632.36 |
| Account No.    0831<br><br>Creditor # : 57<br>SAM'S CLUB/GE MONEY BANK<br>Attn: Bankruptcy Dept.<br>P.O. Box 103104<br>Roswell GA 30076 | | | | | | Unknown |
| Account No.<br><br>Creditor # : 58<br>Scholastic<br>PO Box 6025<br>Jefferson City MO 65102 | | | | | | $ 35.91 |
| Account No.<br><br>Representing:<br><br>Scholastic | | RMCB<br>2269 SOUTH SAW MILL RIVER RD.<br>BUILDING 3<br>Elmsford NY 10523 | | | | |
| Account No.<br><br>Creditor # : 59<br>SIR FINANCE CORP.<br>6140 N. LINCOLN<br>Chicago IL 60659 | | | | | | $ 966.00 |

Sheet No. __16__ of __29__ continuation sheets attached to Schedule of    Subtotal $    $ 6,634.27
Creditors Holding Unsecured Nonpriority Claims    Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Kimberly D. Lewis-Jennings_____,      Case No._____
                     **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> **Creditor # : 60** <br> *SOUTH SUBURBAN Health Professionals* <br> *4250 N. Marine Dr.* <br> *#236* <br> *Chicago IL 60613* | | | | | | | $ 60.00 |
| Account No:    **5774** <br> **Creditor # : 61** <br> *SOUTH SUBURBAN HOSPITAL* <br> *17800 s. KEDZIE* <br> *Hazel Crest IL 60429* | | | | | | | $ 113.00 |
| Account No:    **5774** <br> *Representing:* <br> *SOUTH SUBURBAN HOSPITAL* | | | *ILLINOIS COLLECTION SERVICE* <br> *P.O. BOX 1010* <br> *Tinley Park IL 60477-9110* | | | | |
| Account No:    **0519** <br> **Creditor # : 62** <br> *Southwest Student Se* | | | *2008-08-22* | | | | $ 5,651.00 |
| Account No:    **0519** <br> *Representing:* <br> *Southwest Student Se* | | | *U S A FUNDS* <br> *PO BOX 6180* <br> *INDIANAPOLIS IN 46206* | | | | |

Sheet No. _17_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 5,824.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  Kimberly D. Lewis-Jennings                                    ,        Case No._____
**Debtor(s)**                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   2335<br>Creditor # : 63<br>SOUTwest Laboratory Physicians<br>Dept. 77-9288<br>Chicago IL 60678 | | | | | | | $ 29.00 |
| Account No:   3282<br>Creditor # : 64<br>SPRINT<br>PO BOX 8077<br>London KY 40742 | | | | | | | $ 286.64 |
| Account No:   3282<br>REPRESENTING:<br><br>SPRINT | | | NCO Portfolio<br>PO Box 3001<br>Malvern PA 19355 | | | | |
| Account No:   0748<br>Creditor # : 65<br>ST. JAMES Anesthesia<br>35777 Eagle Way<br>Chicago IL 60678-0001 | | | 2006-08-28 | | | | $ 83.00 |
| Account No:   0748<br>REPRESENTING:<br><br>ST. JAMES Anesthesia | | | CB USA INC<br>5252 S HOHMAN AVE<br>HAMMOND IN 46320 | | | | |

Sheet No.  18  of   29  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 398.64

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Kimberly D. Lewis-Jennings** _____ ,   Case No. _____

**Debtor(s)**                                                                      **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.   3144<br><br>Creditor # : 66<br>ST. JAMES HOSPITAL<br>1423 CHICAGO ROAD<br>Attn: Patient Account<br>Chicago Heights IL 60411 | | | | | | $ 381.00 |
| Account No.   3144<br><br>Representing:<br><br>ST. JAMES HOSPITAL | | Accounts Recovery Bureau<br>PO Box 6768<br>Reading PA 19610 | | | | |
| Account No.   3144<br><br>Representing:<br><br>ST. JAMES HOSPITAL | | MIRAMED REVENUE GROUP<br>PO Box 536<br>Linden MI 48451 | | | | |
| Account No.   3144<br><br>Representing:<br><br>ST. JAMES HOSPITAL | | MUTUAL HOSPITAL SERVICES<br>2525 N. Shadeland Ave.<br>Indianapolis IN 46219 | | | | |
| Account No.   9598<br><br>Creditor # : 67<br>ST. JAMES HOSPITAL<br>2434 Inerstate Plaza Dr.<br>Suite 2<br>Hammond IN 46324 | | 2007-01-08 | | | | $ 125.00 |

Sheet No.   **19**   of   **29**   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 506.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Kimberly D. Lewis-Jennings_____ ,        Case No._____
             **Debtor(s)**                                                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   9598 | | | | | | | |
| Representing:  ST. JAMES HOSPITAL | | | MUTL H CLCTN 2525 N SHADELAND STE 101 INDIANAPOLIS IN 46219 | | | | |
| Account No:   1201 | | | | | | | $ 18.30 |
| Creditor # : 68 Sullivan Urgent Aid Dept. 20-6001 PO Box 5990 Carol Stream IL 60197 | | | | | | | |
| Account No:   3118 | | | | | | | $ 583.50 |
| Creditor # : 69 SUPERIOR AIR-GROUND AMBULANCE 395 WEST LAKE STREET P.O. BOX 1407 Elmhurst IL 60126 | | | | | | | |
| Account No:   8401 | | | | | | | Unknown |
| Creditor # : 70 SW Stdnt Srv PO Box 9500 Wilkes Barre PA 18773 | | | | | | | |
| Account No: | | | | | | | $ 25.00 |
| Creditor # : 71 TAke Care Health III 4165 30th Ave. South Suite 101 Fargo ND 58104 | | | | | | | |

Sheet No._20_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 626.80

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Kimberly D. Lewis-Jennings_____ ,          Case No._____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | |
| *Representing:* *TAke Care Health III* | | | *STATE COLLECTION SERVICES* *2509 South Stoughton Road* *Madison WI 53716* | | | | |
| Account No:   *8899* | | | | | | | $ 372.00 |
| *Creditor # : 72* *TCF BANK HEADQUARTERS* *800 BURR RIDGE PARKWAY* *Hinsdale IL 60521* | | | | | | | |
| Account No:   *8899* | | | | | | | |
| *Representing:* *TCF BANK HEADQUARTERS* | | | *PROFESSIONAL ACCOUNT MNGMT* *2075 Big Timber Road* *Elgin IL 60123* | | | | |
| Account No: | | | | | | | $ 57.00 |
| *Creditor # : 73* *THE UNIVERSITY OF CHICAGO* *PHYSICIANS GROUP* *75 Remittance Drive, STE. 1385* *Chicago IL 60675* | | | | | | | |
| Account No:   *0001* | | | | | | | *Unknown* |
| *Creditor # : 74* *Triad Financial Services, Inc.* *PO Box 105255* *Atlanta GA 30348* | | | | | | | |

Sheet No. _21_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 429.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Kimberly D. Lewis-Jennings_____,        Case No._____
         **Debtor(s)**                                                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> *Creditor # : 75* <br> *ULTRA fOODS* <br> *8401 Indianapolis Blvd.* <br> *Highland IN 46322* | | | | | | $ 193.68 |
| Account No: <br> *Representing:* <br><br> *ULTRA fOODS* | | *TRS RECOVERY SERVICE, INC* <br> *5251 WESTHEIMER RD* <br> *Houston TX 77056* | | | | |
| Account No: <br> *Creditor # : 76* <br> *UNIVERSITY OF CHICAGO PHYS GRP* <br> *135 S. LaSalle St.* <br> *PO Box 3293* <br> *Chicago IL 60674* | | | | | | $ 25.00 |
| Account No: <br> *Representing:* <br><br> *UNIVERSITY OF CHICAGO PHYS GRP* | | *VMC & Associates* <br> *PO BOx 6035* <br> *Broadview IL 60155* | | | | |
| Account No:    *7286* <br> *Creditor # : 77* <br> *Us Dept Of Education* <br> *Po Box 5609* <br> *Greenville TX 75403* | | *1998-03-09* | | | | $ 1,229.00 |

Sheet No. _22_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 1,447.68

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Kimberly D. Lewis-Jennings_____ ,          Case No._____
          **Debtor(s)**                                                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   7386<br>Creditor # : 78<br>Us Dept Of Education<br>Po Box 5609<br>Greenville TX 75403 | | | 1998-03-09 | | | | $ 968.00 |
| Account No:   4841<br>Creditor # : 79<br>US DEPT OF EDUCATION<br>PO BOX 4169<br>Attn: Borrrowers Service Dept.<br>GREENVILLE TX 75403-4169 | | | | | | | $ 2,003.00 |
| Account No:   0519<br>Creditor # : 80<br>USA FUNDS/Sallie Mae Servicing<br>Attn: Bankruptcy<br>11100 USA Parkway<br>Fishers IN 46037 | | | | | | | $ 5,658.00 |
| Account No:   0519<br>Representing:<br>USA FUNDS/Sallie Mae Servicing | | | Southwest Student Services Cor<br>PO Box 41150<br>Mesa AZ 85274 | | | | |
| Account No:   0271<br>Creditor # : 81<br>VILLAGE OF Forest Park<br>517 DesPlaines<br>Forest Park IL 60130 | | | | | | | $ 250.00 |

Sheet No._23_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 8,879.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Kimberly D. Lewis-Jennings_____ ,    Case No._____
          **Debtor(s)**    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   *0271* *Representing:* *VILLAGE OF Forest Park* | | | *PALISADES* *210 SYLVAN AVE* *Englewood Cliffs NJ 07632* | | | | |
| Account No:   *1-03* *Creditor # : 82* *VILLAGE OF MAtteson* *4900 Village Commons* *Matteson IL 60443* | | | | | | | $ 60.00 |
| Account No:   *1-03* *Creditor # : 83* *VILLAGE OF MAtteson* *4900 Village Commons* *Matteson IL 60443* | | | *water bill* *water service at 5301 Drake Lane* *Matteson, IL* | | | | $ 403.21 |
| Account No:   *1-03* *Creditor # : 84* *VILLAGE OF MAYWOOD* *WATER DEPT* *40 MADISON ST* *Maywood IL 60153* | | | | | | | $ 216.93 |
| Account No:   *1581* *Creditor # : 85* *VILLAGE OF Olympia Fields* *20040 Governors Highway* *Olympia Fields IL 60461* | | | | | | | $ 150.00 |

Sheet No. _24_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 830.14

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Kimberly D. Lewis-Jennings_____ ,     Case No._____
       **Debtor(s)**                                                            **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   1581 *Representing:* *VILLAGE OF Olympia Fields* | | | PALISADES 210 SYLVAN AVE Englewood Cliffs NJ 07632 | | | | |
| Account No.   1581 *Creditor # : 86* *VILLAGE OF Olympia Fields* *20040 Governors Highway* *Olympia Fields IL 60461* | | | 2007-05-17 | | | | $ 150.00 |
| Account No.   1581 *Representing:* *VILLAGE OF Olympia Fields* | | | MUNICOLLOFAM 3348 RIDGE ROAD LANSING IL 60438 | | | | |
| Account No.   2200 *Creditor # : 87* *VILLAGE OF Olympia Fields* *20040 Governors Highway* *Olympia Fields IL 60461* | | | | | | | $ 250.00 |
| Account No.   2200 *Representing:* *VILLAGE OF Olympia Fields* | | | PALISADES 210 SYLVAN AVE Englewood Cliffs NJ 07632 | | | | |

Sheet No.   _25_  of   _29_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                           **Subtotal $**      $ 400.00
                                **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Kimberly D. Lewis-Jennings_                          ,          Case No._____
**Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    2200 <br><br> Representing: <br><br> VILLAGE OF Olympia Fields | | | RMI/MCSI <br> 18241 West St. <br> Lansing IL 60438 | | | | |
| Account No:    2200 <br> Creditor # : 88 <br> VILLAGE OF Olympia Fields <br> 20040 Governors Highway <br> Olympia Fields IL 60461 | | | | | | | $ 900.00 |
| Account No:    2200 <br><br> Representing: <br><br> VILLAGE OF Olympia Fields | | | RMI/MCSI <br> 3348 Ridge Rd. <br> Lansing IL 60438 | | | | |
| Account No:    2370 <br> Creditor # : 89 <br> VILLAGE OF Park Forest <br> 350 Victory Drive <br> Park Forest IL 60466 | | | | | | | $ 250.00 |
| Account No:    2370 <br><br> Representing: <br><br> VILLAGE OF Park Forest | | | PALISADES <br> 210 SYLVAN AVE <br> Englewood Cliffs NJ 07632 | | | | |

Sheet No. _26_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 1,150.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Kimberly D. Lewis-Jennings_____ ,        Case No._____
          **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 7363<br>*Creditor # : 90*<br>*WASHINGTON MUTUAL FINANCE*<br>*434 E. 162ND*<br>*South Holland IL 60473* | | | | | | | $ 898.00 |
| Account No: 9293<br>*Creditor # : 91*<br>*WELL Group Health Partners*<br>*333 Dixie Highway*<br>*Chicago Heights IL 60411* | | J | *2011-11-21* | | | | $ 25.00 |
| Account No: 9293<br>*Representing:*<br>*WELL Group Health Partners* | | | *AMERICAN FINANCIAL CRE*<br>*10333 N MERIDIAN ST STE*<br>*INDIANAPOLIS IN 46290* | | | | |
| Account No: 6609<br>*Creditor # : 92*<br>*WELL Group Health Partners*<br>*333 Dixie Highway*<br>*Chicago Heights IL 60411* | | | *2009-06-03* | | | | $ 203.00 |
| Account No: 6609<br>*Representing:*<br>*WELL Group Health Partners* | | | *CB USA INC*<br>*5252 S HOHMAN AVE*<br>*HAMMOND IN 46320* | | | | |

Sheet No. _27_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 1,126.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Kimberly D. Lewis-Jennings_____ ,   Case No._____

**Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   6609 | | | | | | | $ 203.00 |
| Creditor # : 93 WELL Group Health Partners 333 Dixie Highway Chicago Heights IL 60411 | | | | | | | |
| Account No.   4640 | | | | | | | $ 415.00 |
| Creditor # : 94 WELL Group Health Partners 333 Dixie Highway Chicago Heights IL 60411 | | | | | | | |
| Account No.   4640 | | | CB Accts Inc PO Box 8000 Hammond IN 46325 | | | | |
| Representing:  WELL Group Health Partners | | | | | | | |
| Account No.   9294 | | J | 2011-11-21 | | | | $ 254.00 |
| Creditor # : 95 WELL Group Health Partners 333 Dixie Highway Chicago Heights IL 60411 | | | | | | | |
| Account No.   9294 | | | AMERICAN FINANCIAL CRE 10333 N MERIDIAN ST STE INDIANAPOLIS IN 46290 | | | | |
| Representing:  WELL Group Health Partners | | | | | | | |

Sheet No.   28   of   29   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**    $ 872.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Kimberly D. Lewis-Jennings_____,    Case No._____
**Debtor(s)**                                                           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.    1866 <br><br> Creditor # : 96 <br> WELL Group Health Partners <br> 333 Dixie Highway <br> Chicago Heights IL 60411 | | | | | | | $ 25.00 |
| Account No.    1866 <br><br> Representing: <br><br> WELL Group Health Partners | | | American Financial Credit <br> 10333 N. Meridian St. <br> Ste 70 <br> Indianapolis IN 46290 | | | | |
| Account No.    8097 <br><br> WELLS FARGO HOME MORTGAGE <br> 2650 Wells Fargo Way <br> MAC X9903-065 <br> Minneapolis MN 55467 | | | Client 708 | | | | $ 1,091.00 |
| Account No. <br><br> Creditor # : 98 <br> ZALutsky & Pinsky, Ltd. <br> 20 N. Clark St. Suite 600 <br> Chicago IL 60602 | | | Attorneys fees | | | | $ 3,000.00 |
| Account No. | | | | | | | |

Sheet No. _29_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ | $ 4,116.00 |
| Total $ | $ 51,623.84 |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Kimberly D. Lewis-Jennings_ _____ / Debtor    Case No. _____
                                                                      (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re **_Kimberly D. Lewis-Jennings_** _____ / Debtor      Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

**In re** *Kimberly D. Lewis-Jennings* , **Case No.** _____
Debtor(s)                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Status: *Separated* | RELATIONSHIP(S): *son* *daughter* | | AGE(S): *16* *6* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *accountant* | |
| Name of Employer | *Cook County Comptrollers offic* | |
| How Long Employed | *13 years* | |
| Address of Employer | *118 N. Clark St.* *Chicago IL  60602* | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | | SPOUSE | |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 4,734.77 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 4,734.77 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 483.64 | $ | 0.00 |
| b. Insurance | $ | 193.20 | $ | 0.00 |
| c. Union dues | $ | 44.89 | $ | 0.00 |
| d. Other (Specify): *Pension* | $ | 437.13 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 1,158.86 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 3,575.91 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | $ | 3,575.91 | $ | 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME:    (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ | | 3,575.91 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J(Official Form 6J)(12/07)

In re _Kimberly D. Lewis-Jennings_____ ,     Case No. _____
          **Debtor(s)**                                                              (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,009.00 |
| a. Are real estate taxes included?    Yes ☐  No ☒ | | |
| b. Is property insurance included?    Yes ☐  No ☒ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 300.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 200.00 |
| d. Other    _cell phone_ | $ | 160.00 |
| Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 750.00 |
| 5. Clothing | $ | 300.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 0.00 |
| e. Other | $ | 0.00 |
| Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other: | $ | 0.00 |
| c. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other:    _Child Care_ | $ | 420.00 |
| Other:    _PERSONAL ITEMS & GROOMING_ | $ | 250.00 |
| | | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES   Total lines 1-17. Report also on Summary of Schedules | $ | 3,589.00 |
| and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
| a. Average monthly income from Line 16 of Schedule I | $ | 3,575.91 |
| b. Average monthly expenses from Line 18 above | $ | 3,589.00 |
| c. Monthly net income (a. minus b.) | $ | (13.09) |

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re  **Kimberly D. Lewis-Jennings**

Case No.

Chapter:  **7**

_____/Debtor(s)

Attorney For Debtor:  **MICHAEL R. RICHMOND**

## LIST OF CREDITORS

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 1 | Acct Recovery<br>555 Van Reed Rd.<br>Reading, PA  19610 | | | $ 127.00 |
| 2 | ADVOCATE MEDICAL GROUP, S.C.<br>20110 Governors Highway<br>Olympia Fields, IL  60461 | | | $ 7.50 |
| 3 | ALLSTATE INSURANCE COMPANY<br>2775 SANDERS ROAD<br>NORTHBROOK, IL  60062-6127 | cancelled policy # 922 028 113 | | $ 176.39 |
| 4 | Associated St. James Hospital<br>PO Box 3463<br>Springfield, IL  62708-3463 | | | $ 6.00 |
| 5 | AT&T<br>P.O. BOX 6018<br>The Lakes, NV  88901 | | | $ 116.00 |
| 6 | Bank of America, Headquarters<br>100 N. Tryon St<br>Bank of America Corporate Cent<br>Charlotte, NC  28255 | | | $ 547.70 |

West Group, Rochester, NY

# LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 7 | BAY AREA CREDIT SERVICE<br>1901 W. 10th St.<br>Antioch, CA  94509 | | | Unknown |
| 8 | BLACK EXPRESSIONS<br>6550 E. 30th St.<br>Indianapolis, IN  46206 | | | $ 93.44 |
| 9 | CAPITAL ONE BANK<br>P.O. BOX 80017<br>SALINAS, CA  93912-0017 | | | Unknown |
| 10 | CHARTER ONE BANK<br>9401 S. Cicero Ave.<br>Oak Lawn, IL  60453 | | | $ 2,088.08 |
| 11 | CHASE BANK USA<br>PO Box 15298<br>Wilmington, DE  19850 | | | Unknown |
| 12 | CHEla/Sallie Mae<br>Attn: Claims Dept.<br>PO Box 9500<br>Wilkes Barre, PA  18773 | | | Unknown |
| 13 | CHICAGO SUN-TIMES<br>350 N. Orleans St.<br>Chicago, IL  60654 | | | $ 10.26 |
| 14 | CHICAGO TRIBUNE<br>P.O. BOX 6490<br>Chicago, IL  60680 | | | $ 16.25 |

West Group, Rochester, NY.

# LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 15 | CITIBANK<br>P.O. BOX 20363<br>Kansas City, MO  64195 | | | Unknown |
| 16 | CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>121 N. LaSalle St. Rm 107A<br>Chicago, IL  60602 | | | $ 246.40 |
| 17 | COMCAST<br>P O BOX 3002<br>SOUTHEASTERN, PA  19398-3002 | | | $ 461.80 |
| 18 | COMED<br>2100 SWIFT DRIVE<br>Oak Brook, IL  60523 | service at 5301 Drake Matteson, IL 60443 | | $ 257.00 |
| 19 | COMED<br>BILL PAYMENT CENTER<br>CHICAGO, ILLINOIS  60668-0001 | | | $ 518.01 |
| 20 | CONSULTANTs in Pathology<br>5935 Rivers Ave.<br>Suite 101<br>Charleston, SC  29406 | | | $ 13.00 |
| 21 | CREDIT Union One<br>PO Box 100<br>Rantoul, IL  61866 | | | $ 500.00 |
| 22 | DIRECT TV<br>P.O. BOX 9001069<br>Louisville, KY  40290 | | | $ 86.00 |

West Group, Rochester, NY

## LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 23 | EMP of Cook County<br>PO Box 18255<br>Columbus, OH  43218 | | | $ 7.90 |
| 24 | Ever safe Security System<br>c/o Rosenthal, Morgan & Thomas<br>12747 Olive Rd., Suite 375<br>Saint Louis, MO  63141 | | | $ 1,716.83 |
| 25 | FIFTH THIRD BANK<br>P.O. BOX 630778<br>38 FOUNTAIN SQUARE<br>CINCINNATI, OH  45263-0778 | | | $ 1,740.00 |
| 26 | FIRST CAsh Advance<br>1916 E. 95th St.<br>Chicago, IL  60617 | | | $ 618.00 |
| 27 | FIRST PREMIER BANK<br>601 S MINNESOTA AVE<br>Sioux Falls, SD  57104 | | | Unknown |
| 28 | HAnger Prosthetics & Orthotics,<br>Inc.<br>3540 East Baseline Rd.<br>Suite 100<br>Phoenix, AZ  85042 | | | $ 12.33 |
| 29 | HOME DEPOT<br>P.O. BOX 105981<br>ATLANTA, GA  30353-5981 | | | $ 437.00 |
| 30 | Hsbc Bank<br>Po Box 5213<br>Carol Stream, IL  60197 | | | Unknown |

## LIST OF CREDITORS

(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 31 | ILLINOIS DEPT OF REVENUE BANKRUPTCY Unit 100 W. Randolph, Ste. 7-400 Chicago, IL 60601 | | | $ 450.24 |
| 32 | INGALLS MEMORIAL HOSPITAL 1 INGALLS DRIVE Harvey, IL 60426 | | | $ 18.86 |
| 33 | INGALLS MEMORIAL HOSPITAL 1 INGALLS DRIVE Harvey, IL 60426 | | | $ 1,243.00 |
| 34 | Just Energy PO Box 5598 Chicago, IL 60680 | | | $ 448.00 |
| 35 | Laclede Gas Company 2333 Grissom Dr. Saint Louis, MO 63146 | | | $ 628.00 |
| 36 | LEGAcy Billing Services 10833 Valley View Street Suite 150 Cypress, CA 90630 | | | $ 211.30 |
| 37 | LTD commodities 2800 Lakeside Dr. Deerfield, IL 60015 | | | $ 140.66 |
| 38 | MALhotra LLC 4647 W. Lincoln Hwy Lower Level Matteson, IL 60443 | | | $ 25.00 |

# LIST OF CREDITORS

(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 39 | MCI<br>PO Box 17890<br>Denver, CO  80217 | | | $ 93.00 |
| 40 | MEta Bank<br>Power Line of Credit<br>PO Box 71402<br>Salt Lake City, UT  84171 | | | Unknown |
| 41 | MIDamerica Cardiovascular<br>Consult<br>5009 W. 95th St.<br>Oak Lawn, IL  60453 | | | $ 14.00 |
| 42 | Midwest DIAGNOSTIC PATHOLOGY<br>75 REMITTANCE DR. STE 3070<br>CHICAGO, IL  60675-3070 | | | $ 22.50 |
| 43 | Midwest Neoped Assoc<br>PO Box 70173<br>Carol Stream, IL  60132 | | | $ 104.00 |
| 44 | MIDWEST PHYSICIans Group<br>PO Box 95401<br>Chicago, IL  60694 | | | $ 27.30 |
| 45 | Missouri Water<br>c/o Penn Credit Corp<br>P.O. BOX 988<br>Harrisburg, PA  17108 | | | $ 73.00 |
| 46 | NICOR GAS<br>P.O. BOX 549<br>Aurora, IL  60507 | | | $ 772.15 |

West Group, Rochester, NY.

## LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 47 | NICOR GAS<br>P.O. BOX 190<br>Aurora, IL  60507 | | | $ 712.00 |
| 48 | Nicor Gas<br>1844 Ferry Road<br>Naperville, IL  60563 | service at 5201 Drake Lane Matteson, IL | | Unknown |
| 49 | OAKLAWN RADIOLOGY<br>37241 Eagle Way<br>Chicago, IL  60678 | | | $ 5.20 |
| 50 | ONe-Click Cash<br>52946 Highway 12<br>Suite 3<br>Niobrara, NE  68760 | | | $ 670.00 |
| 51 | Oxmore House<br>PO Box 11090<br>Des Moines, IA  50336 | | | $ 30.21 |
| 52 | PERFect Smiles<br>Lena T. Halikias DDS<br>6056 W. 159th<br>Oak Forest, IL  60452 | | | $ 530.00 |
| 53 | Prairie State College<br>202 S. Halsted<br>Chicago Heights, IL  60411 | | | $ 2,347.00 |
| 54 | PREferred Credit Inc<br>PO Box 1679<br>Saint Cloud, MN  56302 | | | Unknown |

West Group, Rochester, NY

## LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 55 | RADIOLOGY IMAGING COnsultants<br>PO Box 1886<br>Harvey, IL  60426 | | | $ 16.00 |
| 56 | Regional Acceptance Co<br>765 Ela R D Suite 205<br>Lake Zurich, IL  60004 | 2000 Olds Alero | | $ 13,492.00 |
| 57 | SALLIE MAE<br>P.O. BOX 9500<br>WILKES BARRE, PA  18773-4600 | | | $ 5,632.36 |
| 58 | SAM'S CLUB/GE MONEY BANK<br>Attn: Bankruptcy Dept.<br>P.O. Box 103104<br>Roswell, GA  30076 | | | Unknown |
| 59 | Scholastic<br>PO Box 6025<br>Jefferson City, MO  65102 | | | $ 35.91 |
| 60 | SIR FINANCE CORP.<br>6140 N. LINCOLN<br>Chicago, IL  60659 | | | $ 966.00 |
| 61 | SOUTH SUBURBAN Health<br>Professionals<br>4250 N. Marine Dr.<br>#236<br>Chicago, IL  60613 | | | $ 60.00 |
| 62 | SOUTH SUBURBAN HOSPITAL<br>17800 s. KEDZIE<br>Hazel Crest, IL  60429 | | | $ 113.00 |

West Group, Rochester, NY.

# LIST OF CREDITORS

(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 63 | Southwest Student Se | | | $ 5,651.00 |
| 64 | SOUTwest Laboratory Physicians<br>Dept. 77-9288<br>Chicago, IL 60678 | | | $ 29.00 |
| 65 | SPRINT<br>PO BOX 8077<br>London, KY 40742 | | | $ 286.64 |
| 66 | ST. JAMES Anesthesia<br>35777 Eagle Way<br>Chicago, IL 60678-0001 | | | $ 83.00 |
| 67 | ST. JAMES HOSPITAL<br>2434 Inerstate Plaza Dr.<br>Suite 2<br>Hammond, IN 46324 | | | $ 125.00 |
| 68 | ST. JAMES HOSPITAL<br>1423 CHICAGO ROAD<br>Attn: Patient Account<br>Chicago Heights, IL 60411 | | | $ 381.00 |
| 69 | Sullivan Urgent Aid<br>Dept. 20-6001<br>PO Box 5990<br>Carol Stream, IL 60197 | | | $ 18.30 |
| 70 | SUPERIOR AIR-GROUND AMBULANCE<br>395 WEST LAKE STREET<br>P.O. BOX 1407<br>Elmhurst, IL 60126 | | | $ 583.50 |

# LIST OF CREDITORS

(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|---|---|---|---|
| 71 | SW Stdnt Srv<br>PO Box 9500<br>Wilkes Barre, PA  18773 | | | Unknown |
| 72 | TAke Care Health III<br>4165 30th Ave. South<br>Suite 101<br>Fargo, ND  58104 | | | $ 25.00 |
| 73 | TCF BANK HEADQUARTERS<br>800 BURR RIDGE PARKWAY<br>Hinsdale, IL  60521 | | | $ 372.00 |
| 74 | THE UNIVERSITY OF CHICAGO<br>PHYSICIANS GROUP<br>75 Remittance Drive, STE. 1385<br>Chicago, IL  60675 | | | $ 57.00 |
| 75 | Triad Financial Services, Inc.<br>PO Box 105255<br>Atlanta, GA  30348 | | | Unknown |
| 76 | ULTRA fOODS<br>8401 Indianapolis Blvd.<br>Highland, IN  46322 | | | $ 193.68 |
| 77 | UNIVERSITY OF CHICAGO PHYS GRP<br>135 S. LaSalle St.<br>PO Box 3293<br>Chicago, IL  60674 | | | $ 25.00 |
| 78 | Us Dept Of Education<br>Po Box 5609<br>Greenville, TX  75403 | | | $ 1,229.00 |

# LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 79 | Us Dept Of Education<br>Po Box 5609<br>Greenville, TX  75403 | | | $ 968.00 |
| 80 | US DEPT OF EDUCATION<br>PO BOX 4169<br>Attn: Borrrowers Service Dept.<br>GREENVILLE, TX  75403-4169 | | | $ 2,003.00 |
| 81 | USA FUNDS/Sallie Mae Servicing<br>Attn: Bankruptcy<br>11100 USA Parkway<br>Fishers, IN  46037 | | | $ 5,658.00 |
| 82 | VILLAGE OF Forest Park<br>517 DesPlaines<br>Forest Park, IL  60130 | | | $ 250.00 |
| 83 | VILLAGE OF MAtteson<br>4900 Village Commons<br>Matteson, IL  60443 | | | $ 60.00 |
| 84 | VILLAGE OF MAtteson<br>4900 Village Commons<br>Matteson, IL  60443 | water bill<br>water service at 5301 Drake Lane<br>Matteson, IL | | $ 403.21 |
| 85 | VILLAGE OF MAYWOOD<br>WATER DEPT<br>40 MADISON ST<br>Maywood, IL  60153 | | | $ 216.93 |
| 86 | VILLAGE OF Olympia Fields<br>20040 Governors Highway<br>Olympia Fields, IL  60461 | | | $ 150.00 |

West Group, Rochester, NY.

# LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 87 | VILLAGE OF Olympia Fields<br>20040 Governors Highway<br>Olympia Fields, IL  60461 | | | $ 250.00 |
| 88 | VILLAGE OF Olympia Fields<br>20040 Governors Highway<br>Olympia Fields, IL  60461 | | | $ 150.00 |
| 89 | VILLAGE OF Olympia Fields<br>20040 Governors Highway<br>Olympia Fields, IL  60461 | | | $ 900.00 |
| 90 | VILLAGE OF Park Forest<br>350 Victory Drive<br>Park Forest, IL  60466 | | | $ 250.00 |
| 91 | WASHINGTON MUTUAL FINANCE<br>434 E. 162ND<br>South Holland, IL  60473 | | | $ 898.00 |
| 92 | WELL Group Health Partners<br>333 Dixie Highway<br>Chicago Heights, IL  60411 | | | $ 415.00 |
| 93 | WELL Group Health Partners<br>333 Dixie Highway<br>Chicago Heights, IL  60411 | | | $ 254.00 |
| 94 | WELL Group Health Partners<br>333 Dixie Highway<br>Chicago Heights, IL  60411 | | | $ 203.00 |

West Group, Rochester, NY.

# LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 95 | WELL Group Health Partners<br>333 Dixie Highway<br>Chicago Heights, IL  60411 | | | $ 25.00 |
| 96 | WELL Group Health Partners<br>333 Dixie Highway<br>Chicago Heights, IL  60411 | | | $ 203.00 |
| 97 | WELL Group Health Partners<br>333 Dixie Highway<br>Chicago Heights, IL  60411 | | | $ 25.00 |
| 98 | WELLS FARGO HOME MORTGAGE<br>2650 Wells Fargo Way<br>MAC X9903-065<br>Minneapolis, MN  55467 | Client 708 | | $ 1,091.00 |
| 99 | Wells Fargo Hm Mortgag<br>8480 Stagecoach Cir<br>Frederick, MD  21701 | improved real estate | | $ 110,427.00 |
| 100 | ZALutsky & Pinsky, Ltd.<br>20 N. Clark St. Suite 600<br>Chicago, IL  60602 | Attorneys fees | | $ 3,000.00 |
| | | | | |
| | | | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Kimberly D. Lewis-Jennings*

Case No.
Chapter  **7**

_____ / Debtor

Attorney for Debtor:   **MICHAEL R. RICHMOND**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the

best of our knowledge.

Date: *6/11/2012*_____

*/s/ Kimberly D. Lewis-Jennings*_____
Debtor

Accounts Recovery Bureau
PO Box 6768
Reading, PA  19610

Acct Recovery
555 Van Reed Rd.
Reading, PA  19610

ADVOCATE MEDICAL GROUP, S.C.
20110 Governors Highway
Olympia Fields, IL  60461

ALLSTATE INSURANCE COMPANY
2775 SANDERS ROAD
NORTHBROOK, IL  60062-6127

AMERICAN FINANCIAL CRE
10333 N MERIDIAN ST STE
INDIANAPOLIS, IN  46290

American Financial Credit
10333 N. Meridian St.
Ste 70
Indianapolis, IN  46290

ARNOLD SCOTT HARRIS
222 MERCHANDISE MART PLAZA
SUITE 1900
Chicago, IL  60654

Associated St. James Hospital
PO Box 3463
Springfield, IL  62708-3463

AT&T
P.O. BOX 6018

The Lakes, NV  88901

Bank of America, Headquarters
100 N. Tryon St
Bank of America Corporate Cent
Charlotte, NC  28255

BAY AREA CREDIT SERVICE
1901 W. 10th St.
Antioch, CA  94509

BIEHL & BIEHL, INC.
411 E. IRVING PARK RD
Bensenville, IL  60106

BLACK EXPRESSIONS
6550 E. 30th St.
Indianapolis, IN  46206

CAPITAL MANAGEMENT SERVS
726 EXCHANGE STREET STE 700
Buffalo, NY  14210

CAPITAL ONE BANK
P.O. BOX 80017
SALINAS, CA  93912-0017

CB Accts Inc
PO Box 8000
Hammond, IN  46325

CB USA INC
5252 S HOHMAN AVE
HAMMOND, IN  46320

Centralized Bankruptcy
PO Box 20507
Kansas City, MO  64195

CHARTER ONE BANK
9401 S. Cicero Ave.
Oak Lawn, IL  60453

CHASE BANK USA
PO Box 15298
Wilmington, DE  19850

CHEla/Sallie Mae
Attn: Claims Dept.
PO Box 9500
Wilkes Barre, PA  18773

CHICAGO SUN-TIMES
350 N. Orleans St.
Chicago, IL  60654

CHICAGO TRIBUNE
P.O. BOX 6490
Chicago, IL  60680

CITIBANK
P.O. BOX 20363
Kansas City, MO  64195

CITY OF CHICAGO
DEPARTMENT OF REVENUE
121 N. LaSalle St. Rm 107A
Chicago, IL  60602

COLLECTION COMPANY OF AMERICA
700 LONGWATER DRIVE
P.O. BOX 806
NORWELL, MA  02061-0806

COMCAST
P O BOX 3002
SOUTHEASTERN, PA  19398-3002

COMED
2100 SWIFT DRIVE
Oak Brook, IL  60523

COMED
BILL PAYMENT CENTER
CHICAGO, ILLINOIS  60668-0001

CONSULTANTs in Pathology
5935 Rivers Ave.
Suite 101
Charleston, SC  29406

CONSUMER COLLECTION MN
2333 GRISSOM DR
SAINT LOUIS, MO  63146

CREDIT PROTECTION ASSOC
13355 NOEL ROAD
Dallas, TX  75240

CREDIT Union One
PO Box 100
Rantoul, IL  61866

DIRECT TV
P.O. BOX 9001069
Louisville, KY  40290

EMP of Cook County
PO Box 18255
Columbus, OH  43218

EMP of Cook County LLC
4535 Dressler Road NW
Canton, OH  44718

Ever safe Security System
c/o Rosenthal, Morgan & Thomas
12747 Olive Rd., Suite 375
Saint Louis, MO  63141

FIFTH THIRD BANK
P.O. BOX 630778
38 FOUNTAIN SQUARE
CINCINNATI, OH  45263-0778

FIRST CAsh Advance
1916 E. 95th St.
Chicago, IL  60617

FIRST PREMIER BANK
601 S MINNESOTA AVE
Sioux Falls, SD  57104

HAnger Prosthetics & Orthotics, Inc.
3540 East Baseline Rd.
Suite 100
Phoenix, AZ  85042

HOME DEPOT
P.O. BOX 105981
ATLANTA, GA  30353-5981

Hsbc Bank
Po Box 5213
Carol Stream, IL  60197

ILLINOIS COLLECTION SE
8231 185TH ST STE 100
TINLEY PARK, IL  60487

ILLINOIS COLLECTION SERVICE
P.O. BOX 1010
Tinley Park, IL  60477-9110

ILLINOIS COLLECTION SERVICE
P.O. BOX 1010
Tinley Park, IL  60477

ILLINOIS DEPT OF REVENUE
BANKRUPTCY Unit
100 W. Randolph, Ste. 7-400
Chicago, IL  60601

INGALLS MEMORIAL HOSPITAL
1 INGALLS DRIVE
Harvey, IL  60426

Just Energy
PO Box 5598
Chicago, IL  60680

Laclede Gas Company
2333 Grissom Dr.
Saint Louis, MO  63146

LEGAcy Billing Services
10833 Valley View Street
Suite 150
Cypress, CA  90630

Kimberly D. Lewis-Jennings
5301 Drake Lane
Matteson, IL  60443

LTD commodities
2800 Lakeside Dr.
Deerfield, IL  60015

LVNV FUNDING
BANKRUPCY DEPT
PO BOX 10587
Greenville, SC  29603

MALhotra LLC
4647 W. Lincoln Hwy
Lower Level
Matteson, IL  60443

MCI
PO Box 17890
Denver, CO  80217

MERCHANTS CREDIT GUIDE
PO Box 1259
Oaks, PA  19456

MEta Bank
Power Line of Credit
PO Box 71402
Salt Lake City, UT  84171

MICHAEL R. RICHMOND
33 NORTH DEARBORN STREET
SUITE 1907
CHICAGO, IL  60602

MIDamerica Cardiovascular Consult
5009 W. 95th St.
Oak Lawn, IL  60453

MIDSTATE COLLECTION SO
PO BOX 3292
CHAMPAIGN, IL  61826

Midwest DIAGNOSTIC PATHOLOGY
75 REMITTANCE DR. STE 3070
CHICAGO, IL  60675-3070

Midwest Neoped Assoc
PO Box 70173
Carol Stream, IL  60132

MIDWEST PHYSICIans Group
PO Box 95401
Chicago, IL  60694

MIRAMED REVENUE GROUP
PO Box 536
Linden, MI  48451

Missouri Water
c/o Penn Credit Corp
P.O. BOX 988
Harrisburg, PA  17108

MRSI
2250 E DEVON AVE STE 352
DES PLAINES, IL  60018

MUNICOLLOFAM
3348 RIDGE ROAD
LANSING, IL  60438

MUTL H CLCTN
2525 N SHADELAND STE 101
INDIANAPOLIS, IN  46219

MUTUAL HOSPITAL SERVICES
2525 N. Shadeland Ave.
Indianapolis, IN  46219

NATIONWIDE CREDIT
2015 VAUGHN ROAD NW
Ste. 400
Kennesaw, GA   30144

NCO FINANCIAL SYSTEMS
507 PRUDENTIAL ROAD
Horsham, PA   19044

NCO Portfolio
PO Box 3001
Malvern, PA   19355

Nicor Gas
1844 Ferry Road
Naperville, IL   60563

NICOR GAS
P.O. BOX 549
Aurora, IL   60507

NICOR GAS
P.O. BOX 190
Aurora, IL   60507

NORTH SHORE AGENCY
1400 N FRUITRIDGE AVE
PO Box 1157
Terre Haute, IN   47811

OAKLAWN RADIOLOGY
37241 Eagle Way
Chicago, IL   60678

ONe-Click Cash
52946 Highway 12
Suite 3
Niobrara, NE   68760

Oxmore House
PO Box 11090
Des Moines, IA   50336

PALISADES
210 SYLVAN AVE
Englewood Cliffs, NJ   07632

PERFect Smiles
Lena T. Halikias DDS
6056 W. 159th
Oak Forest, IL   60452

PFG OF MINNESOTA
7825 WASHINGTON AVE S
SUITE 410
Minneapolis, MN   55439-2409

Prairie State College
202 S. Halsted
Chicago Heights, IL   60411

PREferred Credit In
PO Box 1679
Saint Cloud, MN  56302

PROFESSIONAL ACCOUNT MNGMT
2075 Big Timber Road
Elgin, IL  60123

Protocol Recovery Service, Inc
509 Mercer Ave.
Panama City, FL  32401

RADIOLOGY IMAGING COnsultants
PO Box 1886
Harvey, IL  60426

Regional Acceptance Co
765 Ela R D Suite 205
Lake Zurich, IL  60004

RJM ACQUISTIONS FUNDING LLC
575 Underhill Blvd.
Suite 224
Syosset, NY  11791

RJM ACQUISTIONS FUNDING LLC
PO Box 18006
Hauppauge, NY  11788

RMCB
2269 SOUTH SAW MILL RIVER RD.
BUILDING 3
Elmsford, NY  10523

RMI/MCSI
3348 Ridge Rd.
Lansing, IL  60438

RMI/MCSI
18241 West St.
Lansing, IL  60438

SALLIE MAE
P.O. BOX 9500
WILKES BARRE, PA  18773-4600

SAM'S CLUB/GE MONEY BANK
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA  30076

Scholastic
PO Box 6025
Jefferson City, MO  65102

SIR FINANCE CORP.
6140 N. LINCOLN
Chicago, IL  60659

SOUTH Suburban Health Professionals
4250 N. Marine Dr.
#236
Chicago, IL  60613

SOUTH SUBURBAN HOSPITAL
17800 s. KEDZIE
Hazel Crest, IL  60429

Southwest Student Se

Southwest Student Services Cor
PO Box 41150
Mesa, AZ  85274

SOUTwest Laboratory Physicians
Dept. 77-9288
Chicago, IL  60678

SPRINT
PO BOX 8077
London, KY  40742

ST. JAMES Anesthesia
35777 Eagle Way
Chicago, IL  60678-0001

ST. JAMES HOSPITAL
1423 CHICAGO ROAD
Attn: Patient Account
Chicago Heights, IL  60411

ST. JAMES HOSPITAL
2434 Inerstate Plaza Dr.
Suite 2
Hammond, IN  46324

STATE COLLECTION SERVICES
2509 South Stoughton Road
Madison, WI  53716

Sullivan Urgent Aid
Dept. 20-6001
PO Box 5990
Carol Stream, IL  60197

SUPERIOR AIR-GROUND AMBULANCE
395 WEST LAKE STREET
P.O. BOX 1407
Elmhurst, IL  60126

SW Stdnt Srv
PO Box 9500
Wilkes Barre, PA  18773

TAke Care Health III
4165 30th Ave. South
Suite 101
Fargo, ND  58104

TCF BANK HEADQUARTERS
800 BURR RIDGE PARKWAY
Hinsdale, IL  60521

THE UNIVERSITY OF CHICAGO
PHYSICIANS GROUP
75 Remittance Drive, STE. 1385
Chicago, IL  60675

Triad Financial Services, Inc.
PO Box 105255
Atlanta, GA  30348

TRS RECOVERY SERVICE, INC
5251 WESTHEIMER RD
Houston, TX  77056

TRUSTMARK RECOVERY
541 OTIS BOWEN DR
Munster, IN  46321

TSYS DEBT MANAGEMENT
PO BOX 5155
Norcross, GA  30091

U S A FUNDS
PO BOX 6180
INDIANAPOLIS, IN  46206

ULTRA fOODS
8401 Indianapolis Blvd.
Highland, IN  46322

UNIVERSITY OF CHICAGO PHYS GRP
135 S. LaSalle St.
PO Box 3293
Chicago, IL  60674

Us Dept Of Education
Po Box 5609
Greenville, TX  75403

US DEPT OF EDUCATION
PO BOX 4169
Attn: Borrrowers Service Dept.
GREENVILLE, TX  75403-4169

USA FUNDS/Sallie Mae Servicing
Attn: Bankruptcy
11100 USA Parkway
Fishers, IN  46037

VILLAGE OF Forest Park
517 DesPlaines
Forest Park, IL  60130

VILLAGE OF MAtteson
4900 Village Commons
Matteson, IL  60443

VILLAGE OF MAYWOOD
WATER DEPT
40 MADISON ST
Maywood, IL  60153

VILLAGE OF Olympia Fields
20040 Governors Highway
Olympia Fields, IL  60461

VILLAGE OF Park Forest
350 Victory Drive
Park Forest, IL  60466

VMC & Associates
PO BOx 6035
Broadview, IL  60155

WASHINGTON MUTUAL FINANCE
434 E. 162ND
South Holland, IL  60473

WELL Group Health Partners
333 Dixie Highway
Chicago Heights, IL  60411

WELLS FARGO HOME MORTGAGE
2650 Wells Fargo Way
MAC X9903-065
Minneapolis, MN  55467

Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD  21701

ZALutsky & Pinsky, Ltd.
20 N. Clark St. Suite 600
Chicago, IL  60602

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Kimberly D. Lewis-Jennings*

Case No.

Chapter  7

_____ / Debtor

# CHAPTER 7 STATEMENT OF INTENTION

**Part A -**   Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No.  *1*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Regional Acceptance Co* | *2000 Olds Alero* |

Property will be (check one) :

☐ Surrendered     ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt     ☐ Not claimed as exempt

---

Property No.  *2*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Wells Fargo Hm Mortgag* | *improved real estate* |

Property will be (check one) :

☐ Surrendered     ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt     ☐ Not claimed as exempt

**Part B -**  Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. | | |
|---|---|---|
| **Lessor's Name:**<br><br>*None* | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☐ Yes    ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: _6/11/2012_          Debtor: _/s/ Kimberly D. Lewis-Jennings_____

Date: _____          Joint Debtor: _____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:**Kimberly D. Lewis-Jennings**                               Case No.

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                        SOURCE

*Year to date: $26,407.79*
*Last Year: $45,585*
*Year before: $43,579*

---

### 2. Income other than from employment or operation of business

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 3. Payments to creditors

None   Complete a. or b., as appropriate, and c.

☒   a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None   b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the
☒   commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None   c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or
☒   were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None   a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.
☒   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the
☒   commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller,
☐   within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name: Regional Acceptance* *Address:* | *05/12* | *Description: 2004 Nissan Armada* *Value:* |

## 6. Assignments and receiverships

None   a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married
☒   debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Statement of Affairs - Page 2

None ☒    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☒    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☒    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: HELLER & RICHMOND, LTD.* <br> *Address:* <br> *33 NORTH DEARBORN STREET* <br> *SUITE 1907* <br> *CHICAGO, IL 60602* | *Date of Payment:* <br> *Payor: Kimberly D. Lewis-Jennings* | *$750.00* |

## 10. Other transfers

None ☒    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒    b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☒    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding
☒  the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether
or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.
☒  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None  List all property owned by another person that the debtor holds or controls.
☒

## 15. Prior address of debtor

None  If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that
☒  period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada,
☒  New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of
the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

None  For the purpose of this question, the following definitions apply:
☒
"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances,
wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the
cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the
debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or
similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable
under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the
☒  governmental unit to which the notice was sent and the date of the notice.

Statement of Affairs - Page 4

None ☒   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☒   a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses       in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses       in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

None ☒   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  *6/11/2012*            Signature   */s/ Kimberly D. Lewis-Jennings*
                            of Debtor

Date  _____          Signature   _____
                            of Joint Debtor
                            (if any)

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Kimberly D. Lewis-Jennings*

Case No.

Chapter  **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $      110,000.00 | | |
| B-Personal Property | *Yes* | *3* | $        7,588.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $      123,919.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *1* | | $            0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *30* | | $       51,623.84 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $        3,575.91 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $        3,589.00 |
| TOTAL | | *41* | $      117,588.00 | $      175,542.84 | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Kimberly D. Lewis-Jennings*

Case No.

Chapter   **7**

_____ / Debtor

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C  § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ *0.00* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ *0.00* |
| Student Loan Obligations (from Schedule F) | $ *0.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ *0.00* |
| **TOTAL** | $ *0.00* |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ *3,575.91* |
| Average Expenses (from Schedule J, Line 18) | $ *3,589.00* |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ *4,729.09* |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ *9,919.00* |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ *0.00* | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ *0.00* |
| 4. Total from Schedule F | | $ *51,623.84* |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ *61,542.84* |

In re _Kimberly D. Lewis-Jennings_ _____   Case No. _____

Debtor                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____42____ sheets, and that they are true and correct to the best of my knowledge, information and belief.


Date: _____        Signature _/s/ Kimberly D. Lewis-Jennings_ _____

                                                 _Kimberly D. Lewis-Jennings_



[If joint case, both spouses must sign.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.